The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HIRBOD H. ROWSHAN DDS, P.S., individually and on behalf of all others similarly situated,<br><br>                         Plaintiff,<br><br>vs.<br><br>THE OHIO SECURITY INSURANCE COMPANY,<br><br>                         Defendant. | Case No. 2:20-cv-00730- BJR<br><br>**ORDER GRANTING STIPULATED MOTION FOR STAY OF PROCEEDINGS PENDING RULING ON CONSOLIDATION AND TRANSFER BY JPML** |

## ORDER

The Court having examined and considered Plaintiff Hirbod H. Rowshan DDS, P.S. ("Plaintiff") and Defendant Ohio Security Insurance Company ("Defendant") (collectively the "Stipulating Parties") Stipulated Motion for Stay of Proceedings Pending Ruling on Consolidation and Transfer by JPML, finding that there is good cause,

**HEREBY ORDERS AND ADJUDGES THAT** this matter is stayed in its entirety, including but not limited to (1) all scheduling deadlines pursuant to the Federal Rules of Civil Procedure, Local Rules of the United States District Court for the Western District of Washington and this Honorable Court, (2) discovery, and (3) the deadline to answer or otherwise respond to Plaintiff's Complaint, pending a ruling by the JPML concerning the transfer of this action for

Case No.: 2:20-cv-00730-BJR
ORDER - 1 -

inclusion in MDL No. 2942 for consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. In the event that the JPML denies consolidation, the stay will automatically terminate seven (7) days after the JPML's decision denying consolidation, and Defendant shall have twenty-one (21) additional days from the termination of the stay to answer, move, or otherwise plead in response to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated this 8th day of June, 2020.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented By:

DATED this 5th day of June, 2020.

**KELLER ROHRBACK L.L.P.**

By: *s/ Lynn L. Sarko*
By: *s/ Amy Williams-Derry*
By: *s/ Ian S. Birk*
By: *s/ Gretchen Freeman Cappio*
By: *s/ Irene M. Hecht*
By: *s/ Maureen Falecki*
By: *s/ Nathan L. Nanfelt*
   Lynn L. Sarko, WSBA #16569
   Amy Williams-Derry, WSBA #28711
   Ian S. Birk, WSBA #31431
   Gretchen Freeman Cappio, WSBA #29576
   Irene M. Hecht, WSBA #11063
   Maureen Falecki, WSBA #18569
   Nathan L. Nanfelt, WSBA #45273
   1201 Third Avenue, Suite 3200
   Seattle, WA 98101
   Telephone: (206) 623-1900
   Fax: (206) 623-3384
   Email: ibirk@kellerrohrback.com
   Email: lsarko@kellerrohrback.com
   Email: gcappio@kellerrohrback.com
   Email: ihecht@kellerrohrback.com

Email: awilliams-derry@kellerrohrback.com
Email: mfalecki@kellerrohrback.com
Email: nnanfelt@kellerrohrback.com

By: *s/ Alison Chase*
Alison Chase, *pro hac vice forthcoming*
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Fax: (805) 456-1497
Email: achase@kellerrohrback.com

***Attorneys for Plaintiff and the Proposed Classes***

**BAKER & HOSTETLER LLP**

*s/ James R. Morrison*
James R. Morrison, WSBA No. 43043
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Tel:        (206) 332-1380
Fax:       (206) 624-7317
Email:    jmorrison@bakerlaw.com

***Attorneys for Defendant Ohio Security Insurance Company***

- 4 -