THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HIRBOD H. ROWSHAN DDS, P.S., individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br> v.<br><br>OHIO SECURITY INSURANCE COMPANY,<br><br>  Defendant. | NO. 2:20-cv-00730-BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND COMPLAINT RESPONSE DEADLINE**<br><br>NOTING DATE: SEPTEMBER 8, 2020<br>WITHOUT ORAL ARGUMENT |

THIS MATTER came before this Court upon the parties' Stipulated Motion to Extend Complaint Response Deadline. Having reviewed the motion, being fully advised on the matter, and for good cause shown, IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED. Defendant's deadline to answer, move, or otherwise plead in response to Plaintiff's Class Action Complaint is September 16, 2020.

DATED this 14th day of September, 2020.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING STIPULATED MOTION
TO EXTEND COMPLAINT RESPONSE
DEADLINE
(Case No. 2:20-CV-00730-BJR)

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4040
Telephone:  (206) 332-1380

Presented by,

*s/ James R. Morrison*
James R. Morrison, WSBA No. 43043
Baker & Hostetler LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Phone: (206) 332-1380
E-mail: jmorrison@bakerlaw.com

*Attorney for Defendant*

*s/ Amy Williams-Derry*
Lynn L. Sarko
Amy Williams-Derry
Ian S. Birk
Gretchen Freeman Cappio
Irene M. Hecht
Maureen Falecki
Nathan L. Nanfelt
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Fax: (206) 623-3384
Email: ibirk@kellerrohrback.com
Email: lsarko@kellerrohrback.com
Email: gcappio@kellerrohrback.com
Email: ihecht@kellerrohrback.com
Email: awilliams-derry@kellerrohrback.com
Email: mfalecki@kellerrohrback.com
Email: nnanfelt@kellerrohrback.com

*Attorneys for Plaintiff*

ORDER GRANTING STIPULATED MOTION
TO EXTEND COMPLAINT RESPONSE
DEADLINE - 2
(Case No. 2:20-CV-00730-BJR)

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone: (206) 332-1380